UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ORLANDO GODOY, NEREYDA PENA, AUGUSTINA
PICHARDO, VERONICA AZZALINI, BEHZAD PASDAR,
JAIME ALVAREZ, JAIR SALINAS, and SEETA ROJHA,

                        Plaintiffs,

   -against-                                     **RULE 7.1 STATEMENT**

RESTAURANT OPPORTUNITY CENTER OF NEW
YORK, INC.; 417 RESTAURANT LLC a/k/a ROC NY
RESTAURANT LLC d/b/a COLORS; ROC-NY WORKER
OWNER RESTAURANT, LLC a/k/a RWOR; SARU
JAYARAMAN; and GRACE GILBERT (or her
successor), as President of ROC-NY,

                        Defendants.
-------------------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Restaurant Opportunities Center of New York, Inc.; 417 Lafayette Restaurant LLC (sued herein as 417 Restaurant LLC); and ROC-NY Worker Owner Restaurant LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

     NONE

Dated: New York, New York
       August 15, 2007

                                                  Daniel E. Clifton (DC 0632)
                                                  Lewis, Clifton & Nikolaidis, P.C.
                                                  275 Seventh Avenue, Suite 2300
                                                  New York, NY 10001-6708
                                                  (212) 419-1500