UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ORLANDO GODOY, NEREYDA PENA, AUGUSTINA
PICHARDO, VERONICA AZZALINI, BEHZAD PASDAR,
JAIME ALVAREZ, JAIR SALINAS, and SEETA ROJHA,

                              Plaintiffs,                    07 Civ 7287 (DAB)

   -against-                                            **CERTIFICATE**
                                                           **OF SERVICE**

RESTAURANT OPPORTUNITY CENTER OF NEW
YORK, INC.; 417 RESTAURANT LLC a/k/a ROC NY
RESTAURANT LLC d/b/a COLORS; ROC-NY WORKER
OWNER RESTAURANT, LLC a/k/a RWOR; SARU
JAYARAMAN; and GRACE GILBERT (or her
successor), as President of ROC-NY,

                              Defendants.
----------------------------------------------------------------------X

        I, DANIEL E. CLIFTON, hereby certify that on August 15, 2007, I served the within Notice of Removal of Action by mailing a copy of same, by first class mail, to each of the following persons at the address set forth after each name below:

                Clerk of Court
                Supreme Court of the State of New York
                60 Centre Street
                New York, New York 10007-1474

                Arthur Z. Schwartz, Esq.
                Schwartz, Lichten & Bright, P.C.
                Attorneys for Plaintiffs
                275 Seventh Avenue, 17th Floor
                New York, New York 10001-6708

Dated: New York, New York
         August 15, 2007

                                                                    Daniel E. Clifton