UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORLANDO GODOY, NEREYDA PENA, AUGUSTINA
PICHARDO, VERONICA AZZALINI, BEHZAD PASDAR,
JAIME ALVAREZ, JAIR SALINAS, and SEETA ROJHA,

                         Plaintiffs,                  07 Civ 7287 (DAB)

      -against-

                                                    **STIPULATION**
RESTAURANT OPPORTUNITY CENTER OF NEW        **AND ORDER**
YORK, INC.; 417 RESTAURANT LLC a/k/a ROC NY
RESTAURANT LLC d/b/a COLORS; ROC-NY WORKER
OWNER RESTAURANT, LLC a/k/a RWOR; SARU
JAYARAMAN; and GRACE GILBERT (or her
successor), as President of ROC-NY,

                         Defendants.
------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their undersigned counsel, that:

        1.    Plaintiffs' Amended Complaint shall be filed by September 7, 2007; and

        2.    Defendants shall file an Answer or otherwise move with respect to the Amended Complaint by October 5, 2007.

Dated: New York, New York
          August 22, 2007

SCHWARTZ, LICHTEN & BRIGHT, P.C.        LEWIS, CLIFTON & NIKOLAIDIS, P.C.

By: _____               By: _____
Arthur Z. Schwartz (AS 2683)                    Daniel E. Clifton (DC 0632)
Attorneys for Plaintiffs                              Attorneys for Defendants
275 Seventh Avenue, 17th Floor                 275 Seventh Avenue
New York, New York 10001-6708              New York, New York 10001-6708
(212) 228-6320                                     (212) 419-1500

**SO ORDERED:**

*Deborah A. Batts*
U.S.D.J.
8/24/2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2007