UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ORLANDO GODOY, NEREYDA PENA, AUGUSTINA
PICHARDO, VERONICA AZZALINI, BEHZAD PASDAR,
JAIME ALVAREZ, JAIR SALINAS, and SEETA ROJHA,

                              Plaintiffs,                  07 Civ. 7287 (DAB)(MHD)

            - against -                              **JURY DEMAND**

RESTAURANT OPPORTUNITY CENTER OF NEW
YORK, INC.; 417 RESTAURANT LLC a/k/a ROC NY
RESTAURANT LLC d/b/a COLORS; ROC-NY WORKER
OWNER RESTAURANT, LLC a/k/a RWOR; SARU
JAYARAMAN; and GRACE GILBERT (or her
successor), as President of ROC-NY,

                              Defendants.

------------------------------------------------------------------------ X

      Plaintiffs demand a jury trial on each and every Cause of Action.


Dated: New York, New York
       September 6, 2007

                                        SCHWARTZ, LICHTEN & BRIGHT, P.C.
                                        Attorneys for Plaintiffs

                                        By:_____
                                          Arthur Z. Schwartz (AZS 2683)
                                          275 Seventh Avenue, 17th Floor
                                          New York, New York 10001
                                          tel.: (212) 228-6320
                                          fax: (212) 358-1353
                                          e-mail: districtleader@msn.com