MEMO ENDORSED

# LEWIS, CLIFTON & NIKOLAIDIS, P.C.

ATTORNEYS AT LAW

275 SEVENTH AVENUE
SUITE 2300
NEW YORK, N.Y. 10001-6708
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS ◊
ELAINE L. SMITH

OF COUNSEL
STEPHEN H. STURM
MARK J. LOPEZ *

◊ ADMITTED IN NY AND NJ
* ADMITTED IN NY, NJ AND IL

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 690-0100

EVERETT E. LEWIS (1924-2007)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2007

RECEIVED
OCT - 9 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

October 4, 2007

Hon. Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Godoy v. Restaurant Opportunity Center of New York et al.
     07-CV-7287 (DAB)

Dear Judge Batts:

This office represents all defendants in the above-referenced action. Pursuant to a stipulation, plaintiffs filed an amended complaint on September 7, 2007, and defendants' answer is due on October 5, 2007. I have advised plaintiffs' counsel that defendants intend to file a motion to dismiss the complaint.

Counsel have agreed to the following briefing schedule:

*Approved*
*/s/ DAB*
*10/9/2007*

Defendants' motion papers to be filed by October 12, 2007.
Plaintiffs' responding papers to be filed by November 12, 2007.
Defendants' reply papers, if any, to be filed by November 26, 2007.

If this is acceptable to the court, I request that it be "so ordered."

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS  10/9/2007
UNITED STATES DISTRICT JUDGE

Very truly yours,

*Daniel Clifton*

Daniel F. Clifton

cc:  Arthur Z. Schwartz, Esq.

MEMO ENDORSED