UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ORLANDO GODOY, NEREYDA PENA, AUGUSTINA
PICHARDO, VERONICA AZZALINI, BEHZAD PASDAR,
JAIME ALVAREZ, JAIR SALINAS, and SEETA ROJHA,

                        Plaintiffs,            07 Civ 7287 (DAB)

          -against-                   **DECLARATION OF**
                                                            **DANIEL E. CLIFTON**

RESTAURANT OPPORTUNITY CENTER OF NEW
YORK, INC.; 417 RESTAURANT LLC a/k/a ROC NY
RESTAURANT LLC d/b/a COLORS; ROC-NY WORKER
OWNER RESTAURANT, LLC a/k/a RWOR; SARU
JAYARAMAN; and GRACE GILBERT (or her
successor), as President of ROC-NY,

                        Defendants.
------------------------------------------------------------------------------X

       DANIEL E. CLIFTON, under the penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, declares as follows:

       1.    I am a member of the firm of Lewis, Clifton & Nikolaidis, P.C., counsel to defendants Restaurant Opportunities Center of New York ("ROC-NY"), 417 Lafayette Restaurant LLC, ROC-NY Worker Owner Restaurant LLC, Saru Jayaraman, and Grace Gilbert. I make this Declaration in support of defendants' motion to dismiss the First Amended Complaint.

       2.    Attached hereto as Exhibit A is a copy of the First Amended Complaint filed on September 6, 2007.

       3.    Attached hereto as Exhibit B is a copy of the original Complaint in this action which was filed in Supreme Court of the State of New York, County of New York, on July 24, 2007.

       4.    Attached hereto as Exhibit C are copies of Cooperative Contracts between

ROC-NY and the plaintiffs in this action.

Dated: New York, New York
October 12, 2007

/S/ Daniel E. Clifton
_____
Daniel E. Clifton