# EXHIBIT C



RESTAURANT OPPORTUNITIES CENTER OF NEW YORK
99 HUDSON STREET, 3RD FLOOR
NEW YORK, N.Y. 10013
TEL: (212) 343-1771
FAX: (212) 343-7217

## Cooperative Contract – 10.04.04

I, _Seeta Rojhan_ as a member of the ROC-NY Cooperative restaurant commit to:

- Contributing a minimum of 3 hours a week and completing my 100 hour sweat equity obligation by December 20, 2004
- Attending all Coop related meetings including the weekly general meeting - Monday's at 3:30 PM (If I cannot make this meeting, I must bring a letter from my employer and suggest 2 alternate times during the week that I am available to meet)
- Contributing to the start-up of the restaurant by participating in one of 4 Committees and being accountable for all responsibilities and deadlines:
    - Project management
    - Catering
    - Naming and Branding
    - Chef/GM Selection
- The ongoing mandatory requirement once the restaurant is open to support ROC-NY's organizing, outreach and advocacy efforts by:
    - Attending at least one ROC-NY meeting per month
    - Paying monthly dues
    - Attending protests (at least 1 per campaign)
    - Supporting workers in any dispute with employers
    - Testifying in favor of worker legislation
    - Becoming members of New York Restaurant Association and advocating for workers rights
- Complying with the by-laws and operating agreement of the cooperative.
- Holding my elected representatives accountable to his/her responsibilities

By signing this contract, I understand the obligations I am committing to and also understand my membership will be revoked if I do not adhere to these responsibilities.

Name (Print): _Seeta Rojhan_

Signature: _S R_

Date: _9 · 4   2021_

**RESTAURANT OPPORTUNITIES CENTER OF NEW YORK**
99 HUDSON STREET, 3RD FLOOR
NEW YORK, N.Y. 10013
TEL: (212) 343-1771
FAX: (212) 343-7217

## Cooperative Contract – 10.04.04

I, _Behzad Pasdar_, as a member of the ROC-NY Cooperative restaurant commit to:

- Contributing a minimum of 3 hours a week and completing my 100 hour sweat equity obligation by December 20, 2004
- Attending all Coop related meetings including the weekly general meeting - Monday's at 3:30 PM (If I cannot make this meeting, I must bring a letter from my employer and suggest 2 alternate times during the week that I am available to meet)
- Contributing to the start-up of the restaurant by participating in one of 4 Committees and being accountable for all responsibilities and deadlines:
  - Project management
  - Catering
  - Naming and Branding
  - Chef/GM Selection
- The ongoing mandatory requirement once the restaurant is open to support ROC-NY's organizing, outreach and advocacy efforts by:
  - Attending at least one ROC-NY meeting per month
  - Paying monthly dues
  - Attending protests (at least 1 per campaign)
  - Supporting workers in any dispute with employers
  - Testifying in favor of worker legislation
  - Becoming members of New York Restaurant Association and advocating for workers rights
- Complying with the by-laws and operating agreement of the cooperative.
- Holding my elected representatives accountable to his/her responsibilities

By signing this contract, I understand the obligations I am committing to and also understand my membership will be revoked if I do not adhere to these responsibilities.

Name (Print): _Behzad Pasdar_

Signature: _Behzad Pasdar_

Date: _10/4/04_



RESTAURANT OPPORTUNITIES CENTER OF NEW YORK
99 HUDSON STREET, 3RD FLOOR
NEW YORK, N.Y. 10013
TEL: (212) 343-1771
FAX: (212) 343-7217

### El Contrato de La Cooperativa – 10.04.04

Yo, _Agustina Pichardo_, como miembro del Restaurante Cooperativa de ROC-NY, me comprometo a:

- Contribuir un minimo de 3 horas por semana y completar mi 100 horas de accion de sudor antes del 20 de diciembre, 2004
- Asistir a todas las reuniones afiliadas con la Cooperativa, incluyendo los lunes a las 3:30pm. (Si no puedo asistir a esa reunion, tengo que traer una carta de mi patron y sugerir 2 tiempos alternatives durante la semana que estoy disponible a reunir)
- Contribuir al comienzo del restaurante por participar en uno de 4 comites y ser responsable por todas las responsabilidades y fechas limites:
    - Direccion del Proyecto
    - Catering
    - Escogiendo Un Nombre
    - Selecion del Manager y Chef
- El requisito que va a seguir cuando el restaurante esta abierto de apoyar los esfuerzos de ROC-NY de organizar, alcancar, y abogar por los derechos de los trabajadores de restaurantes:
    - Asistir a por lo menos una reunion de ROC-NY por mes
    - Pagar las cuotas mensuales
    - Asistir a las protestas (por lo menos 1 por campana)
    - Apoyando trabajadores en cualquier disputa laboral
    - Testificando publicamente en favor de la legislacion beneficial a los trabajadores
    - Volviendose miembros de La Asociación de Restaurantes de Nueva York y abogando por los derechos de los trabajadores
- Cumplir con los estatutos y acuerdo de operar de la cooperativa.
- Hacer contable mis representantes eligidos en la cooperativa.

Por fimar este contrato, entiendo mis obligaciones a las cuales estoy comprementiendo y tambien entiendo que mi memberesia seria revocada si no cumplo con estas responsabilidades.

Nombre: _Agustina Pichardo_

Firma: _Agustina Pichardo_

Fecha: _10-4-04_



RESTAURANT OPPORTUNITIES CENTER OF NEW YORK
99 HUDSON STREET, 3RD FLOOR
NEW YORK, N.Y. 10013
TEL: (212) 343-1771
FAX: (212) 343-7217

### El Contrato de La Cooperativa – 10.04.04

Yo, __Veronica Azzalini__, como miembro del Restaurante Cooperativa de ROC-NY, me comprometo a:

- Contribuir un minimo de 3 horas por semana y completar mi 100 horas de accion de sudor antes del 20 de diciembre, 2004
- Asistir a todas las reuniones afiliadas con la Cooperativa, incluyendo los lunes a las 3:30pm. (Si no puedo asistir a esa reunion, tengo que traer una carta de mi patron y sugerir 2 tiempos alternatives durante la semana que estoy disponible a reunir)
- Contribuir al comienzo del restaurante por participar en uno de 4 comites y ser responsable por todas las responsabilidades y fechas limites:
    - Direccion del Proyecto
    - Catering
    - Escogiendo Un Nombre
    - Selecion del Manager y Chef
- El requisito que va a seguir cuando el restaurante esta abierto de apoyar los esfuerzos de ROC-NY de organizar, alcancar, y abogar por los derechos de los trabajadores de restaurantes:
    - Asistir a por lo menos una reunion de ROC-NY por mes
    - Pagar las cuotas mensuales
    - Asistir a las protestas (por lo menos 1 por campana)
    - Apoyando trabajadores en cualquier disputa laboral
    - Testificando publicamente en favor de la legislacion beneficial a los trabajadores
    - Volviendose miembros de La Asociación de Restaurantes de Nueva York y abogando por los derechos de los trabajadores
- Cumplir con los estatutos y acuerdo de operar de la cooperativa.
- Hacer contable mis representantes eligidos en la cooperativa.

Por fimar este contrato, entiendo mis obligaciones a las cuales estoy comprementiendo y tambien entiendo que mi memberesia seria revocada si no cumplo con estas responsabilidades.

Nombre: __Veronica Azzalini__

Firma: _[signature]_

Fecha: __10/4/04__



RESTAURANT OPPORTUNITIES CENTER OF NEW YORK
99 HUDSON STREET, 3RD FLOOR
NEW YORK, N.Y. 10013
TEL: (212) 343-1771
FAX: (212) 343-7217

## El Contrato de La Cooperativa – 10.04.04

Yo, _Jaime M Alvarez_ como miembro del Restaurante Cooperativa de ROC-NY, me comprometo a:

- Contribuir un minimo de 3 horas por semana y completar mi 100 horas de accion de sudor antes del 20 de diciembre, 2004
- Asistir a todas las reuniones afiliadas con la Cooperativa, incluyendo los lunes a las 3:30pm. (Si no puedo asistir a esa reunion, tengo que traer una carta de mi patron y sugerir 2 tiempos alternatives durante la semana que estoy disponible a reunir)
- Contribuir al comienzo del restaurante por participar en uno de 4 comites y ser responsable por todas las responsibilidades y fechas limites:
    - Direccion del Proyecto
    - Catering
    - Escogiendo Un Nombre
    - Selecion del Manager y Chef
- El requisito que va a seguir cuando el restaurante esta abierto de apoyar los esfuerzos de ROC-NY de organizar, alcancar, y abogar por los derechos de los trabajadores de restaurantes:
    - Asistir a por lo menos una reunion de ROC-NY por mes
    - Pagar las cuotas mensuales
    - Asistir a las protestas (por lo menos 1 por campana)
    - Apoyando trabajadores en cualquier disputa laboral
    - Testificando publicamente en favor de la legislacion beneficial a los trabajadores
    - Volviendose miembros de La Asociación de Restaurantes de Nueva York y abogando por los derechos de los trabajadores
- Cumplir con los estatutos y acuerdo de operar de la cooperativa.
- Hacer contable mis representantes eligidos en la cooperativa.

Por fimar este contrato, entiendo mis obligaciones a las cuales estoy comprementiendo y tambien entiendo que mi memberesia seria revocada si no cumplo con estas responsabilidades.

Nombre: _Jaime M Alvarez_

Firma: _[signature]_

Fecha: _10/4/04_



RESTAURANT OPPORTUNITIES CENTER OF NEW YORK
99 HUDSON STREET, 3RD FLOOR
NEW YORK, N.Y. 10013
TEL: (212) 343-1771
FAX: (212) 343-7217

### El Contrato de La Cooperativa – 10.04.04

Yo, __Jair Salinas__, como miembro del Restaurante Cooperativa de ROC-NY, me comprometo a:

- Contribuir un minimo de 3 horas por semana y completar mi 100 horas de accion de sudor antes del 20 de diciembre, 2004
- Asistir a todas las reuniones afiliadas con la Cooperativa, incluyendo los lunes a las 3:30pm. (Si no puedo asistir a esa reunion, tengo que traer una carta de mi patron y sugerir 2 tiempos alternatives durante la semana que estoy disponible a reunir)
- Contribuir al comienzo del restaurante por participar en uno de 4 comites y ser responsable por todas las responsabilidades y fechas limites:
    - Direccion del Proyecto
    - Catering
    - Escogiendo Un Nombre
    - Selecion del Manager y Chef
- El requisito que va a seguir cuando el restaurante esta abierto de apoyar los esfuerzos de ROC-NY de organizar, alcancar, y abogar por los derechos de los trabajadores de restaurantes:
    - Asistir a por lo menos una reunion de ROC-NY por mes
    - Pagar las cuotas mensuales
    - Asistir a las protestas (por lo menos 1 por campana)
    - Apoyando trabajadores en cualquier disputa laboral
    - Testificando publicamente en favor de la legislacion beneficial a los trabajadores
    - Volviendose miembros de La Asociación de Restaurantes de Nueva York y abogando por los derechos de los trabajadores
- Cumplir con los estatutos y acuerdo de operar de la cooperativa.
- Hacer contable mis representantes eligidos en la cooperativa.

Por fimar este contrato, entiendo mis obligaciones a las cuales estoy comprementiendo y tambien entiendo que mi memberesia seria revocada si no cumplo con estas responsabilidades.

Nombre: __Jair Salinas__

Firma: __[signature]__

Fecha: __10/7/04__