MEMO ENDORSED

# SCHWARTZ, LICHTEN & BRIGHT, PC
Attorneys at Law

275 Seventh Avenue, 17th Floor
New York, New York 10001
tel: 212 228 6320
fax: 212 358 1352

Arthur Z. Schwartz
Stuart Lichten
Daniel R. Bright
*Also admitted in Pennsylvania

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2007
```

November 27, 2007

By Fax: (212) 805-7902

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, New York 10007

  Re: Godoy v. Restaurant Opportunity Center of New York
    07 Civ. 7287 (DAB)
    Request to Adjust Motion Schedule

Dear Judge Batts:

A motion to Dismiss has been filed with you by defendant. The parties have agreed to alter the schedule of litigation so that **Plaintiff's opposition will be due on December 6, 2007**, and **Defendant's reply will be due on December 20 2007**.

We request that you approve this alteration in the litigation schedule.

Respectfully submitted,

Arthur Z. Schwartz

AZS:dr

cc: Daniel E. Clifton, Esq. (by fax: 212-419-1510)

[Handwritten endorsement: Granted /s/ DAB 11/28/07]

SO ORDERED

/s/ Deborah A. Batts 11/28/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED