**MEMO ENDORSED**

# SCHWARTZ, LICHTEN & BRIGHT, PC
Attorneys at Law

275 Seventh Avenue, 17th Floor  
New York, New York 10001  
tel: 212 228 6320  
fax: 212 358 1352

Arthur Z. Schwartz*  
Stuart Lichten  
Daniel R. Bright  
*Also admitted in Pennsylvania

December 7, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2007
```

By Fax: (212) 805-7902

Hon. Deborah A. Batts  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Room 2510  
New York, New York 10007

    Re:   Godoy v. Restaurant Opportunity Center of New York  
           07 Civ. 7287 (DAB)  
           Request to Adjust Motion Schedule

Dear Judge Batts:

A motion to Dismiss has been filed with you by defendant. The parties have agreed to alter the schedule of litigation, with your permission, so that **Plaintiff's opposition will be due on December 27, 2007, and Defendant's reply will be due on January 17, 2008.**

We request that you approve this alteration in the litigation schedule.

Granted  
/s/ DAB  
12/11/2007

Respectfully submitted,

*Arthur Z. Schwartz*

AZS:dr

**SO ORDERED**

*Deborah A. Batts*  12/11/2007
DEBORAH A. BATTS  
UNITED STATES DISTRICT JUDGE

cc:   Daniel E. Clifton, Esq. (by fax: 212-419-1510)

MEMO ENDORSED