MEMO ENDORSED

# SCHWARTZ, LICHTEN & BRIGHT, PC
Attorneys at Law

275 Seventh Avenue, 17th Floor
New York, New York 10001
tel: 212 228 6320
fax: 212 358 1353

Arthur Z. Schwartz*
Stuart Lichten
Daniel R. Bright

*Also admitted in Pennsylvania

January 14, 2008



By Fax (212-805-7902)
and First Class Mail

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, New York  10007

Re: Godoy v. Restaurant Opportunity Center of New York
07 Civ. 7287 (DAB)

Dear Judge Batts:

We write to request one last extension to file our brief in opposition to the Motion to Dismiss. We have actually filed our brief, via ECF, today (and enclosed, by mail, a courtesy copy). By your most recent order, it was due on December 27, 2007. I was on vacation that week and our secretary then took ill for a week, causing the delay.

We had agreed previously to allow defendants three weeks to reply, so what we ask is that today's filing date (**January 14, 2008**) be approved *nunc pro tunc*, and that defendants then be allowed until **February 5, 2008** to file their reply.

Your consideration is appreciated.

Respectfully submitted,

*Arthur Z. Schwartz*

AZS:dr

cc: Daniel E. Clifton, Esq. (by fax: 212-419-1510)

---

*Handwritten endorsement:*

Plaintiffs' late-filed opposition papers are hereby accepted. Further, Defendants shall have until February 15, 2008 to file any reply papers.

/s/ DAB 1/23/2008

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS  1/23/2008
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED