UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ORLANDO GODOY, NEREYDA PENA, AUGUSTINA
PICHARDO, VERONICA AZZALINI, BEHZAD PASDAR,
JAIME ALVAREZ, JAIR SALINAS, and SEETA ROJHA,

                          Plaintiffs,            07 Civ. 7287 (DAB)(MHD)

    - against -                                    **(ONE PLAINTIFF ONLY)**
                                                          **NOTICE OF VOLUNTARY**
RESTAURANT OPPORTUNITY CENTER OF NEW        **DISMISSAL**
YORK, INC.; 417 RESTAURANT LLC a/k/a ROC NY
RESTAURANT LLC d/b/a COLORS; ROC-NY WORKER
OWNER RESTAURANT, LLC a/k/a RWOR; SARU
JAYARAMAN; and GRACE GILBERT (or her
successor), as President of ROC-NY,

                          Defendants.

------------------------------------------------------------------ X

Plaintiff Jaime Alvarez voluntarily dismisses his complaint.

Dated: New York, New York
          January 25, 2008

                                            SCHWARTZ, LICHTEN & BRIGHT, P.C.
                                            Attorneys for Plaintiffs

                                            By: _____
                                                  Arthur Z. Schwartz
                                            275 Seventh Avenue, Suite 1700
                                            New York, New York 10001
                                            (212) 228-6320

                                            **SO ORDERED**

TO:  DANIEL E. CLIFTON
       LEWIS, CLIFTON & NIKOLAIDIS
       Attorneys for Defendants                _____
       275 Seventh Avenue, Suite 2300       DEBORAH A. BATTS  1/28/2008
       New York, New York 10001            UNITED STATES DISTRICT JUDGE